**No. 63430.**—Lyons Transport *v.* United States, protest 309910–K/8884 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of tennis or badminton racket strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.